# ELECTRONIC RECORD

1562-14

COA # 04-14-00217-CR     OFFENSE: Aggravated Assault with a Deadly Weapon

STYLE: Jose Luis Riojas     COUNTY: Bexar

COA DISPOSITION: DISMISSED     TRIAL COURT: 175th District Court

DATE:11/12/2014     Publish: NO    TC CASE #: 2013CR1304

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE: «Style1» v. «Style2»     CCA #: _____

___PRO SE___ Petition     CCA Disposition: **1562-14**

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___REFUSED___     JUDGE: _____

DATE: _04/15/2015_     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____